## FIRST DISTRICT.

**Charles P. R. Macaulay, plaintiff in error, v. Mary Kelly, defendant in error. Gen. No. 29,966.**

Action upon judgment note. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926. Rehearing denied October 25, 1926.

Walter B. Prendergast, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. John Kuyakewich, plaintiff in error. Gen. No. 30,881.**

Prosecution for larceny. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Samuel L. Golan and W. G. Anderson, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Wade Twichell Company, appellee, v. James L. Gaudrie, appellant. Gen. No. 30,917.**

Action upon note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. T. F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926. Rehearing denied October 25, 1926.

Hogan & Dougherty, for appellant; Louis B. Simon, of counsel. Hummer, Buckley & Hummer, for appellee; Warren B. Buckley, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.